# Third District Court of Appeal

## State of Florida

Opinion filed February 23, 2022.

_____

No. 3D21-1950

Lower Tribunal Nos. 13210008762FC, CS No. 2001370565

_____

**Ezra Washington,**

Appellant,

vs.

**State of Florida Department of Revenue
Child Support Program, et al.,**

Appellees.

An Appeal from the State of Florida, Department of Revenue, Child Support Program.

Ezra Washington, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee Department of Revenue.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Upon the Department's confession of error, the final administrative support order on review is vacated and the matter remanded for an administrative hearing.

Reversed and remanded.